**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01185-CV

### IN RE CITY OF DALLAS, Relator

**Original Proceeding from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 84262CC**

## ORDER

The Court has before it relator's motion to consolidate. We **GRANT** the motion and **CONSOLIDATE** this original proceeding, cause no. 05-13-01185-CV, with and under the appellate cause no. 05-13-00951-CV, styled *City of Dallas v. Highway 205 Farms, Ltd., et al.*. The Court **ORDERS** the Clerk of the Court to remove all documents from file number 05-13-01185-CV and to refile them in cause no. 05-13-00951-CV and to treat -05-13-01185-CV as a closed case. The Court further **ORDERS** that this case will proceed under the appellate timetables.

/s/    DOUGLAS S. LANG
        JUSTICE